UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIRA PITTMAN,

                Plaintiff,

     -against-

STATE/LOCAL GOVERNMENT; FBI;
HOMELAND SECURITY,

                Defendants.

26-cv-2041 (LLS)

CIVIL JUDGMENT

For the reasons stated in the March 24, 2026, order, this action is dismissed as frivolous.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 30, 2026
          New York, New York

                    /s/ Louis L. Stanton
                      LOUIS L. STANTON
               United States District Judge